ALBANY,
August, 1808.

## M'Carty and M'Carty *against* Sherman.

M'Carty
v.
Sherman.

IN error on *certiorari*, from a justice's court. The defendant in error brought an action of debt on a judgment for 17 dollars and 79 cents, obtained before another justice, against the plaintiffs in error. The plea was *nul tiel record*. On the trial, a certificate of the judgment, under the hand and seal of the former justice, was produced, but was not proved, except by a witness who testified to the hand-writing. It was read in evidence, though objected to by the defendant. There was also a difference of 8 cents in the sum mentioned in the certificate, and the debt stated in the declaration.

*Henry*, for the plaintiffs in error.

*Sedgwick*, contra, cited *Kellogg* v. *Mauney*, (2 *Johns.* 378.)

*Per Curiam.* The objection to the certificate of the former justice, as evidence, was well founded. It ought to have been proved by the justice himself, who gave the judgment, or a sworn copy of his minutes should have been produced. In the case of *Kellogg* v. *Mauney*, the evidence of the certificate was not objected to, and was, therefore, considered as admitted. The judgment below must be reversed.

In an action of debt before a justice on a judgment obtained before another justice, a certificate under the hand and seal of the justice, whose hand-writing was proved by a witness, was held not to be sufficient evidence, on a plea of *nul tiel record*. The certificate should be proved by the justice himself, or a sworn copy of his minutes be produced.

Judgment reversed.